## John Koch, Appellee, v. Clara Barker, Appellant.
## Gen. No. 9,310.

Heard in this court at October term, 1941; opinion filed February 24, 1942; rehearing denied May 5, 1942. Nelson & Gustafson, Ralph Dempsey and P. A. D'Arcy, for appellant; Cassidy, Knoblock & Sloan, for appellee. Opinion by JUSTICE RIESS. "Not to be published in full."